1  McGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. S 07-490 EJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | STIPULATION AND ORDER |
| JEROME GUSS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendant and his counsel, Robert J. Peters, that the status conference currently scheduled for Friday, February 1, 2008, should be vacated; and a new status conference should be scheduled for Friday, March 7, 2008.

   It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to March 7, 2008, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), for continuity

1

1 and preparation of counsel to allow the defendant's attorney to
2 review the discovery with the defendant and prepare his defense.

3
4 Dated: January 24, 2008                    Respectfully submitted,
5                                            McGREGOR W. SCOTT
                                             U.S. Attorney
6                                            /s/ Carolyn K. Delaney
7                                            CAROLYN K. DELANEY
                                             Assistant U.S. Attorney
8
9 Dated: January  24, 2008                   /s/ Robert J. Peters
10                                           ROBERT J. PETERS
                                             Attorney for JEROME GUSS
11
12
13                                 **ORDER**
14 **IT IS HEREBY ORDERED:**    That the status conference set for
15 February 1, 2008 is VACATED; and a new status conference date of
16 March 7, 2008 is scheduled. It is further ORDERED that the time
17 under the Speedy Trial Act between today's date and March 7,
18 2008, is excluded under Local Code T4, Title 18, United States
19 Code, Section 3161 (h)(8)(B)(iv), to give the defendant time to
20 adequately prepare and in the interests of justice.
21
22 Dated: January 24, 2008        /s/ Edward J. Garcia
                                  Honorable Edward J. Garcia
23
24
25
26
27
28

2