1 McGREGOR W. SCOTT
United States Attorney
2 CAROLYN K. DELANEY
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2798

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9               EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )    CR No. S 07-490 EJG
                                )
12          Plaintiff,           )
                                )
13      v.                       )
                                )    STIPULATION AND ORDER
14 JEROME GUSS,                  )
                                )
15          Defendant.           )
   _____ )

16

17      IT IS HEREBY stipulated between the United States of America

18 through its undersigned counsel, Carolyn K. Delaney, Assistant

19 United States Attorney, together with the defendant and his

20 counsel, Robert J. Peters, that the status conference currently

21 scheduled for Friday, March 7, 2008, should be vacated; and a new

22 status conference should be scheduled for Friday, April 11, 2008.

23      It is further stipulated and agreed between the parties that

24 the time under the Speedy Trial Act should be excluded from

25 today's date to April 11, 2008, under Local Code T4, Title 18,

26 United States Code, Section 3161 (h)(8)(B)(iv), for continuity

27 and preparation of counsel to allow the defendant's attorney to

28

                              1

1   review the discovery with the defendant and prepare his defense.

2
    Dated: February 29, 2008              Respectfully submitted,
3
                                          McGREGOR W. SCOTT
4                                         U.S. Attorney

5                                         /s/ Carolyn K. Delaney

6                                         CAROLYN K. DELANEY
                                          Assistant U.S. Attorney
7

8   Dated: February 29, 2008              /s/ Robert J. Peters

9                                         ROBERT J. PETERS
                                          Attorney for JEROME GUSS
10

11

12                              **ORDER**

13  **IT IS HEREBY ORDERED:**    That the status conference set for March

14  7, 2008 is VACATED; and a new status conference date of April 11,

15  2008 is scheduled. It is further ORDERED that the time under the

16  Speedy Trial Act between today's date and April 11, 2008, is

17  excluded under Local Code T4, Title 18, United States Code,

18  Section 3161 (h)(8)(B)(iv), to give the defendant time to

19  adequately prepare and in the interests of justice.

20
    Dated:   March 3, 2008          /s/ Edward J. Garcia
21                                   Honorable Edward J. Garcia

22

23

24

25

26

27

28

                                   2