McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. S 07-490 EJG |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| JEROME GUSS, ) | |
| Defendant. ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendant and his counsel, Robert J. Peters, that the status conference currently scheduled for Friday, May 23, 2008, should be vacated; and a new status conference should be scheduled for Friday, June 27, 2008.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to June 27, 2008, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), for continuity and preparation of counsel to allow the defendant's attorney to

1

review the discovery with the defendant and prepare his defense.

Dated: May 20, 2008                Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   U.S. Attorney

                                   /s/ Carolyn K. Delaney

                                   CAROLYN K. DELANEY
                                   Assistant U.S. Attorney


Dated: May 20, 2008                /s/ Robert J. Peters

                                   ROBERT J. PETERS
                                   Attorney for JEROME GUSS




**ORDER**

**IT IS HEREBY ORDERED:**     That the status conference set for May 23, 2008 is VACATED; and a new status conference date of June 27, 2008 is scheduled. It is further ORDERED that the time under the Speedy Trial Act between today's date and June 27, 2008, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendant time to adequately prepare and in the interests of justice.

Dated: May 20, 2008                /s/ Edward J. Garcia
                                   Honorable Edward J. Garcia